In the Matter of ELIZABETH B. DISBROW et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW ROCHELLE et al., Respondents.

Argued November 16, 1950; decided December 1, 1950.

*A. Mark Levien* for appellants.

*Aaron Simmons, Corporation Counsel* (*Francis S. Claps* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.